888

ciency of evidence of causation, did not view the evidence as a whole, did not allow petitioners the benefit of all their evidence, did not allow petitioners the benefit of all inferences and presumptions to be drawn from the evidence and did not resolve all conflicts in the evidence in favor of petitioners in direct conflict with this Court's opinion in *Beacon Theatres, Inc.,* v. *Westover,* 359 U. S. 500 (1959)."

*Joseph L. Alioto* and *Maxwell Keith* for petitioners. *Herbert W. Clark, Richard J. Archer* and *Girvan Peck* for Union Carbide Corp. and United States Vanadium Corp., and *Edward R. Neaher* and *Francis N. Marshall* for Vanadium Corporation of America, respondents.

No. 323. VAUGHAN *v.* ATKINSON ET AL. Motion to dispense with printing petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted. *Jacob L. Morewitz* for petitioner. *Barron F. Black* for respondents.

No. 167. OAKLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *O. John Rogge* and *Josiah Lyman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Jerome M. Feit* for the United States.

No. 210. FOLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Jack M. Cotton* for the United States.